# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2156

_____

| | | |
|---|---|---|
| Michael O'Grady, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| | * | |
| v. | * | |
| | * | |
| Anoka County Board of | * | Appeal from the United States |
| Commissioners; Marathon County | * | District Court for the |
| Board Supervisors; Keith Langenhan; | * | District of Minnesota. |
| Dan ErHart; Robert M.A. Johnson; | * | |
| Daniel Klint; Klint's Law Office; | * | [UNPUBLISHED] |
| Marathon County Department of | * | |
| Social Services; Thomas Finley; | * | |
| County Child Support Agency; Scott | * | |
| Corbett; Marathon County Clerk of | * | |
| Courts; Sandra Murcus; Diane L. | * | |
| Sennholz; Roy Habeck; James R. | * | |
| Habeck; Phyllis Habeck; Penny | * | |
| Habeck; Synthia Y. O'Grady-Klint; | * | |
| Daniel L. Overbey; Karen | * | |
| Casteel-Schlise; Shawano County | * | |
| Board; Dorothy Bain; Interstate Title | * | |
| IV-D Compact Agency; Honorable N. | * | |
| Patrick Crooks; Honorable David T. | * | |
| Prossier; Honorable Patience Drake | * | |
| Roggenshack; Honorable Louis Butler; | * | |
| Honorable Thomas Cane; Honorable | * | |
| Gregory A. Peterson; Honorable | * | |
| Michael Hoover; Honorable Shirley S. | * | |
| Abrahamson; Honorable Jon P. Wilcox; | * | |
| Honorable Ann Walsh Bradley; | * | |
| James C. Alexander; Wisconsin | * | |
| Counties Association; Murnane & | * | |
| Brandt; Wisconsin Municipal Mutual | * | |

Insurance Company; Covenant Home    *
Services, LLC,                     *
                                *

         Appellees.          *

—————

Submitted: October 6, 2009
Filed: October 8, 2009

—————

Before BYE, BOWMAN, and BENTON, Circuit Judges.

—————

PER CURIAM.

Michael O'Grady appeals the district court's[1] order dismissing as *Rooker-Feldman*[2] barred his complaint alleging wrongs stemming from his 1997 divorce, custody, and support proceedings. The dismissal order also required O'Grady to obtain permission from the Chief Judge of the United States District Court of the District of Minnesota before filing in that court any future action containing similar allegations. Upon review, we find no basis for reversal. *See Skit Int'l, Ltd. v. DAC Tech. of Ark., Inc.*, 487 F.3d 1154, 1156-57 (8th Cir. 2007) (de novo review of district court's dismissal for lack of subject matter jurisdiction; *Rooker-Feldman* doctrine prohibits lower federal courts from exercising appellate review of state-court judgments); *cf. Sassower v. Carlson*, 930 F.2d 583, 584 (8th Cir. 1991) (per curiam) (enjoining vexatious litigant from filing civil actions in Minnesota district court without first obtaining leave). Accordingly, the judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

—————————————

[1]The Honorable Michael J. Davis, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Susan Richard Nelson, United States Magistrate Judge for the District of Minnesota.

[2]*See Rooker v. Fid. Trust Co.*, 263 U.S. 413 (1923); *Dist. of Columbia Ct. of Appeals v. Feldman*, 460 U.S. 462 (1983).